HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

SPECIAL COUNSEL FOR
SCOTT SEIDEL, CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE N. TADROS, | § | CASE NO. 24-31815-SWE7 |
| DEBTOR. | § | |
| ──────────────────────── | § | |
| | § | |
| SCOTT SEIDEL, TRUSTEE, | § | |
| PLAINTIFF, | § | |
| | § | ADVERSARY NO. 25-03069 |
| V. | § | |
| | § | |
| GEORGE TADROS | § | |
| DEFENDANT. | § | |

**PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENAS FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

    Please take note that, pursuant to Federal Rule of Civil Procedure 45, Plaintiff Scott Seidel hereby provides notice of the intent to serve the subpoenas attached hereto.

    Respectfully submitted,

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE

**PAGE 1**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon opposing counsel electronically on September 3, 2025.

David James Shuster,
Shuster Law, PLLC
118 Lynn Ave., Suite 204
Dallas, TX  75240
Email: info@shusterlawfirm.com and david@shusterlawfirm.com .

.

                                      */s/ Hudson M. Jobe*
                                      Hudson M. Jobe