HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

SPECIAL COUNSEL FOR
SCOTT SEIDEL, CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE N. TADROS, | § | CASE NO. 24-31815-SWE7 |
| DEBTOR. | § | |
| | § | |
| SCOTT SEIDEL, TRUSTEE, | § | |
| PLAINTIFF, | § | |
| | § | ADVERSARY NO. 25-03069 |
| V. | § | |
| | § | |
| GEORGE TADROS., | § | |
| DEFENDANT. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court will hold a hearing in this case on the Motion for Approval of Amended Scheduling Order (Dkt. No. 14) in this case on October 21, 2025 at 1:30 p.m. before the Honorable Scott W. Everett, United States Bankruptcy Judge for the Northern District of Texas, in Courtroom 3 on the 14th Floor at 1100 Commerce Street, Dallas, Texas 75242.

PLEASE TAKE FURTHER NOTICE that parties may appear in person or via WebEx (by video or telephone via the Court's WebEx platform):

- **For WebEx Video Appearance**: Link: https://us-courts.webex.com/meet/everett

- **For WebEx Telephonic Only Appearance**: 1-650-479-3207; Access code: 2304 017 9738

A copy of the WebEx Hearing Instructions is attached hereto as **Exhibit A.**

Respectfully submitted,

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on counsel for the defendant.

*/s/ Hudson M. Jobe*
Hudson M. Jobe